# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAMSON WOUBETU,    )
          )
   *Plaintiff*,    )
          )
  v.        )    Civil Action No. 23-0943  (UNA)
          )
CLARIDGE TOWER, *et al.*,  )
          )
   *Defendants*.  )

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint.  The Court grants the application and, for the reasons discussed below, the dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies.  *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges, in wholly conclusory fashion, that the District of Columbia Housing Authority discriminates against him "by put[t]ing [him] in the waiting list longer than two or four years." Compl. at 1. Plaintiff once lived at Claridge Tower, and now "want[s] to get [his own] place" to avoid having "[t]he shelters tak[e]" his belongings. *Id.* There are practically no facts alleged, such that the complaint fails to meet the minimal pleading requirement of Rule 8(a). Missing are a basis for the Court's jurisdiction, a short and plain statement of claim, and a demand for relief from the named defendants.

A separate order will issue.

/s/
TANYA S. CHUTKAN
DATE: June 12, 2023                    United States District Judge